# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAVID FOGLE

        v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5395RBL-KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation;

2. The administrative decision is AFFIRMED.

|  |  |
|---|---|
| May 26, 2009 | BRUCE RIFKIN |
|  | Clerk |
|  |  |
|  | /s/Jennie L. Patton |
|  | Deputy Clerk |